UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| KENNETH RICH, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 2:08-0007 |
| ) | Judge Echols |
| STATE OF TENNESSEE, ET AL., ) | |
| ) | |
| Respondents. ) | |

## O R D E R

The Court entered an Order on February 4, 2008 directing the petitioner to show cause why his petition for *habeas corpus* relief should not be denied as both untimely and procedurally defaulted. (Docket Entry No. 2). The thirty days that the Court gave the petitioner to respond have run. The petitioner has not responded to the Court's prior Order. Neither has he sought an extension of time to do so.[1]

The Court forewarned the petitioner in its prior Order that "failure to respond within the time frame specified w[ould] result in his petition being denied and this action being dismissed." (Docket Entry No. 2, p. 4). Accordingly, the petition (Docket Entry No. 1) is **DENIED** and this action **DISMISSED** for want of prosecution and failure to comply with the orders of the Court.

Entry of this Order shall constitute the judgment in this action.

It is so **ORDERED.**

Robert L. Echols
United States District Judge

---

[1] The petitioner signed for the Court's prior Order on February 6, 2008. (Docket Entry No. 3)